E-filed 12/28/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No.16-cv-06753-HRL |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| MILPITAS COMFORT INN, LLC, | Re: Dkt. No. 5 |
| Defendant. | |

Peter Kristofer Strojnik ("Strojnik") of The Strojnik Firm, LLC, moves to withdraw as counsel for plaintiff Theresa Brooke ("Brooke"). Dkt. No. 5. Strojnik asserts that he has been suspended from the practice of law for 30 days by the Arizona Supreme Court, and that he thus cannot represent Brooke in this action. *Id.* Strojnik further states that he has notified Brooke of his withdrawal and informed her about the status of the case. *Id.* Included with his motion, Strojnik has submitted a "Client Consent and Acknowledgment" signed by Brooke, stating that she consents to the withdrawal and agrees to represent herself in this matter until Strojnik is reinstated and files a Notice of Appearance or she retains different counsel.

As Brooke consents to the withdrawal and agrees to represent herself, and as no other parties have appeared, the court deems this matter suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b).

Counsel may withdraw only with permission from the court and after providing written notice in advance to all parties. Civil L.R. 11-5(a). Though the opposing party has not yet appeared, and the court is not aware of whether service has been completed, Strojnik asserts that he has mailed a copy of his motion to opposing counsel (or the opposing party, if unrepresented). Dkt. No. 5.

Finding good cause shown, the court grants Strojnik's motion to withdraw. Brooke shall

proceed pro se until she retains counsel or Strojnik is reinstated and files a Notice of Appearance.

**IT IS SO ORDERED.**

Dated: 12/28/2016

_____
HOWARD R. LLOYD
United States Magistrate Judge