E-filed 4/19/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No.16-cv-06753-HRL |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MILPITAS COMFORT INN, LLC, | Re: Dkt. No. 17 |
| Defendant. | |

    Plaintiff Theresa Brooke filed a notice of voluntary dismissal with prejudice on April 17, 2017. Dkt. No. 17. However, as Defendant Milpitas Comfort Inn, LLC, has filed an answer, to be effective, a dismissal must either be signed by all of the parties that have appeared or confirmed by a court order. Fed. R. Civ. P. 41(a). The court therefore construes plaintiff's notice of voluntary dismissal as a request for an order of dismissal.

    The court hereby dismisses this action with prejudice. The clerk shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 4/19/2017

HOWARD R. LLOYD
United States Magistrate Judge